Emily L. Cohn, Appellant, v. The Acme Motor Car Company, Respondent.— Judgment modified by striking out the words "upon the merits," and as so modified unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

Anastasia Cross, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Reargument ordered, and case set down for Monday, October 7, 1912. Jenks, P. J., Hirschberg, Thomas and Woodward, JJ., concurred.

George M. Cumming, Trustee, Appellant, v. Middletown, Unionville and Water Gap Railroad Company and John G. McCullough, Trustee, Defendants, Impleaded with New York, Susquehanna and Western Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, without passing upon the sufficiency of the defense of the Statute of Limitations. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Annie Dean, Appellant, v. The City of New York, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the instruction by the court at folio 239. Hirschberg, Thomas, Woodward and Rich, JJ., concurred; Burr, J., dissented.

John Detviller, Respondent, v. The Rolled Plate Metal Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

William M. Dillmeier and Others, Appellants, v. Oscar Palmleaf, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Rich, JJ., concurred.

Fred H. Dittman, Respondent, v. Edison Electric Illuminating Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Martin Doherty, as Administrator, etc., of William Doherty, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

Paul C. Ertsaas, Respondent, v. Wonderland and Others, Appellants, Impleaded with Edward C. Boyce, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Thomas J. Farrell, Respondent, v. Axel (Sued Herein as Alexander) Homestead, Appellant, Impleaded with Omar Hansen, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, vacating the warrant of attachment upon the ground that the plaintiff furnished insufficient evidence on which to base the same. Hirschberg, Burr, Thomas and Woodward, JJ., concurred; Rich, J., not voting.

Clara Fester, Respondent, v. Brooklyn Union Elevated Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.